RAPHAEL SPRINGER et al., Appellants, *v.* BERNHARD SCHNITZLER et al., Respondents.

(Argued October 14, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 2, 1888, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Franklin Bien* for appellants.

*Seth S. Terry* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.    _____